1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSEPH MARTINEZ GARCIA,

11            Plaintiff,                    No. CIV S-11-1499 EFB P

12        vs.

13   JAMES YATES, Warden,

14            Defendant.                    <u>ORDER</u>

15   _____/

16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.

18        Plaintiff alleges a violation of his civil rights in Fresno County, California.  Fresno

19   County is in the Fresno Division of this court and the action should have been commenced there.

20   *See* Local Rule 120(d).

21        Accordingly, it is hereby orderd that:

22        1.  This action is transferred to the Fresno Division.

23        2.  The Clerk of Court shall assign a new case number.

24   ////

25   ////

26   ////

1

1        3.  All future filings shall bear the new case number and shall be filed at:

2                    United States District Court
                     Eastern District of California
3                    2500 Tulare Street
                     Fresno, CA 93721
4

5    DATED:  June 13, 2011.

6                                            _____
                                             EDMUND F. BRENNAN
7                                            UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26